# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

**STANLEY B. COLLINS, JR.**   v.   **ARIZONA ATTORNEY GENERAL, STATE OF, et al.**

THE HONORABLE JOHN W. SEDWICK                CASE NO.  2:06-cv-02343-JWS
 JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**     Date:  September 12, 2007

---

At docket 16 Magistrate Judge Voss recommends that the petition be denied and this case dismissed with prejudice.  No objections have been filed.  The district court reviews the recommendation according to this standard:  All recommended conclusions of law and all recommended finding of fact as to which an objection is taken are reviewed *de novo*, and all recommended findings of fact as to which no objection is taken are reviewed for clear error.  Review under that standard discloses that all of the recommendations are correct.  The report at docket 16 is **ADOPTED**.  The petition is **DENIED**.

The Clerk will please enter a judgment which denies the petition and closes this case with prejudice.